**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAKE THE ROAD STATES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | **Case No. 26-cv-4713** |

**NOTICE OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND A STAY PURSUANT TO 5 U.S.C. § 705, OR IN THE ALTERNATIVE A PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Make the Road States, Common Cause, and Electronic Privacy Information Center ("EPIC") respectfully move for Temporary Restraining Order and a Stay pursuant to 5 U.S.C. § 705, or in the alternative a Preliminary Injunction (the "Motion"). In support of the Motion are the accompanying Memorandum of Law in Support of Plaintiffs' Motion, the Declaration of Rachel Nguemaha, dated August 3, 2026, the exhibits annexed thereto, and all other supporting papers.

Defendant U.S. Department of Health and Human Services and its subagencies, also defendants, provided notice on June 23, 2026, that they intend to share a vast amount sensitive personal information about millions of current and former recipients of Temporary Aid to Needy Families ("TANF") assistance and members of their households with any other "federal or state agencies or entities engaged to assist ACF," specifically including the U.S. Department of

Homeland Security, for undefined “program integrity reviews or projects.” Privacy Act, System of Records, 91 Fed. Reg. 37406, 37407 (June 23, 2026).

To prevent imminent and irreparable harm to Plaintiffs and their members caused by Defendants’ adoption of this extraordinarily broad new “routine use,” as defined in the Privacy Act of 1974, of TANF data in its possession, **set to take effect on August 11**, Plaintiffs respectfully request that the Court **no later than August 10, 2026,** stay and temporarily restrain, or preliminarily enjoin Defendants from implementing the new “routine use” during the pendency of this case.

Undersigned counsel certifies as follows: (1) on July 31, 2026, at 12:31 p.m., Plaintiffs’ counsel Elena Goldstein emailed counsel at the Federal Programs Branch of the Civil Division of the Department of Justice to apprise them of an imminent lawsuit and motion for temporary restraining order, offering to negotiate a lengthier schedule and to proceed by a preliminary injunction if Defendants would agree to delay the Effective Date of Routine Use 10 until this Court rules on Plaintiffs’ Motion; (2) at 4:34 p.m. the same day, the Department of Justice identified Patrick Keating identified as the “point person” to be contacted for this matter; (3) Plaintiffs’ counsel reiterated their proposal to Mr. Keating at 4:43 and received no response; (4) on August 3, 2026 at 3:26 p.m., Plaintiffs’ counsel emailed counsel at the Federal Programs Branch, including Mr. Keating, to provide them a copy of the complaint and to provide actual notice of Plaintiffs’ intention to file this Motion; and (5) upon filing of this motion, Plaintiffs’ counsel will transmit a copy to the Federal Programs Branch, including Mr. Keating.

Plaintiffs’ Counsel also are providing the motion and accompanying Memorandum of Law, Declarations, Exhibits and Proposed Order to counsel at the Federal Programs Branch upon completing this electronic filing.

Date: August 4, 2026

Respectfully submitted,

*/s/ Rachel L. Fried Nguemaha*_______________

Rachel L. Fried Nguemaha (NY Bar No. 5314208)
Shiva Kooragayala (Ill. Bar No. 6336195)+*
Kimere J. Kimball (CA. Bar No. 260660)+*
Emily Newton (VA Bar No. 80745)*+-
Paul R.Q. Wolfson (D.C. Bar No. 414759)+
Elena Goldstein (D.C. Bar No. 90034087)+
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 796-4426
skooragayala@democracyforward.org
kkimball@democracyforward.org
enewton@c.democracyforward.org
pwolfson@democracyforward.org
egoldstein@democracyforward.org
*Counsel for Plaintiffs*

* Not admitted to practice law in the District of Columbia; practicing under the supervision of Democracy Forward lawyers who are members of the DC Bar.
+ Motion to appear pro hac vice pending
- *Of Counsel*, only admitted in Virginia

Saima A. Akhtar (NY Bar No. 4661237) +
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org